Good morning, Your Honors. May I just ask you a preliminary question? Your client was deported or has gone back to Thailand? She was deported to Thailand, yes, Your Honor. And have you been in touch with her since? Not for approximately six to eight months, Your Honor, but in the beginning, yes. Okay. Her mother was dying of cancer here in the States, and she was trying desperately to get it back, but that did not occur. Okay. And her mother subsequently did pass away. Your Honor, I'm assuming we're here on the issue of citizenship. Whatever you say. Well, Your Honor, I think it's an ongoing question as to whether the Child Citizenship Protection Act has been interpreted properly both by the BIA or by this Court. Okay. Well, what you're saying basically is that you would like us to overrule our decision, which means you'd like us to ask for them back. I'm sorry. I didn't catch that. I said what you're saying, as I understand it, is you'd like us to overrule our earlier decision, which we can't do as a panel, which means you would like us to ask for it in bank or that you will ask for it in bank. So there's not much point in arguing it to us because we don't have the authority to do it. Right. Okay. Thank you. Thank you. And, Counsel, you can continue your argument with your opponent in the unbanked request that he will file. Thank you. Is there something else you think you need to tell us? Because we can't overrule our earlier decision. Yes, Your Honor. You can't overrule your earlier decision. That's what I just said, but I thank you for confirming it. Thank you. Okay. Is there anything else you'd like to add? Case just argued or not argued is submitted.
judges: Fletcher, Reinhardt, Tashima